UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 20-cr-206 (RDM) |
| | : | |
| v. | : | |
| | : | |
| SHAHN GILES et al., | : | |
| Defendants. | : | |

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL CASE AND ALL RELATED FILINGS

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully moves this Court to unseal the above captioned criminal case and all documents currently under seal in the above captioned case.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

By:    /s/
Andrea Duvall
AR Bar No. 2013114
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
andrea.duvall2@usdoj.gov
(202) 252-6745