**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 20-CR-206 (RDM)** |
| | : | |
| **SHAHN GILES,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its Attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of October 12, 2020, has been provided to the defense in this matter.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
D.C. Bar No. 4444188

BY:     */s/ Rachel A. Fletcher*
RACHEL A. FLETCHER
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7093
Rachel.Fletcher@usdoj.gov