# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 20-cr-206 (RDM) |
| : | |
| SHAHN GILES, : | |
| TAQUAN CANARTE, [1] : | |
| : | |
| Defendants. | |

## NOTICE TO THE COURT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice to the Court and states as follows:

1. The defendants are charged by indictment with the following Counts:

    a. In Count One, Shahn Giles is charged with Unlawful Possession with Intent to Distribute 40 Grams or More of Fentanyl in violation of Title 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B)(vi).

    b. In Count Two, Taquan Canarte is charged with Unlawful Possession with Intent to Distribute Fentanyl in violation of Title 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(C).

    A hearing is currently set for January 25, 2021 at 2:00 p.m.

2. As previously stated to the defense and on the record, the government has been investigating potential additional criminal liability against the defendants.

3. As a result of the continued investigation, the government intended to seek a superseding indictment against the defendants and had planned to present a superseding indictment during scheduled Grand Jury time on Wednesday, January 13, 2021. Since June 2020, the Grand

---

[1] A similar Notice to the Court has been submitted in the following cases: *United States v. Tyree Marshall and Davon Dabney* 20-cr-027 (KBJ); *United States v. Mikael Matthews* 20-cr-134 (APM); *United States v. Michael Robinson* 20-cr-169 (TSC); *United States v. Isaiah Anderson* 20-cr-177 (DLF); and *United States v. Kevon Maynor* 20-cr-208 (RDM).

Jury has been operating on a reduced schedule due to protocols that have been put in place in order to minimize the risk of exposure to and community transmission of COVID-19. The government's opportunity to finalize the presentation of evidence prior to January 13, 2021 was further impeded by the fact that nearly all of the members of the Violence Reduction Unit (the lead investigative agency on this long-term investigation) were required to quarantine due to the pandemic during the month of December.

4. However, on the evening of January 12, 2020, the reserved Grand Jury time was canceled based upon the closure of the District Court and Grand Jury on January 12, 2021.

5. At this time, due to the influx of cases from the U.S. Capitol riot and the already limited Grand Jury time available during the ongoing COVID-19 Pandemic, the government has rescheduled the canceled Grand Jury time for the first available opening, that is, the week of February 15, 2021. The government will endeavor to secure an earlier date in the event additional Grand Jury time is made available in order to finalize the presentation of the evidence to the Grand Jury at the earliest possible date.

6. The government has informed defense counsel of this intention and over the next few weeks will start to provide discovery related to the additional charges to avoid further delay.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
New York Bar No. 4444188

By:       /s/ Rachel A. Fletcher
RACHEL A. FLETCHER
Assistant United States Attorney
TX Bar No. 24078505
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4840
Washington, D.C.  20530
Office: (202) 252-7093
Rachel.Fletcher@usdoj.gov